Leila Sayed-Taha (SBN #5601463)
11720 San Pablo Ave. Ste C
El Cerrito, CA 94530
Telephone: (415) 949-0651
Email: leila@tahalawoffices.com
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YULIANNYS DEL VALLE MEDINA COLON,** | **Case No. 1:26-CV-04119-TLN-AC** |
| Petitioner, | |
| v. | **ORDER GRANTING REQUEST TO SEAL** |
| **WARDEN, et al.,** | |
| Respondents. | |

**ORDER GRANTING REQUEST TO SEAL**

Having considered Petitioner's Request to Seal Documents under Local Rule 141 and the supporting

declaration, and finding that compelling reasons support sealing, the Court ORDERS as follows:

1. Petitioner's Request to Seal is GRANTED.

2. The unredacted *Declaration of Yuliannys del Valle Medina Colon* shall be filed and maintained

UNDER SEAL, accessible only to the Court and the parties, until further order of the Court.

3. The redacted version filed on the public docket shall remain part of the public record.

IT IS SO ORDERED.

Dated: July 7, 2026

_____
Troy L. Nunley
Chief United States District Judge